IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JIMMIE DAVID ROUTLEDGE                                                                PLAINTIFF

v.                                         Civil No. 3:20-cv-03063

DEPUTY KRISTOPHER WORRALL,                                                      DEFENDANTS
Carroll County Sheriff's Department;
CHIEF JOHN BAILEY,
City of Green Forest Police Department;
SHERIFF JIM ROSS,
Carroll County, Arkansas;
OFFICER JOSHUA RANGEL,
Green Forest Police Department; and
OFFICER TANEIA MOJICA,
Green Forest Police Department

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This case is before the Court on the Plaintiff's failure to comply with an Order of the Court compelling discovery and a Motion to Dismiss filed by Defendants. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Timothy L. Brooks, United States District Judge, referred this case to the undersigned for the purpose of making this Report and Recommendation.

#### I.   DISCUSSION

Plaintiff, Jimmie Routledge ("Routledge"), filed this action pursuant to 42 U.S.C. §1983. He proceeds *pro se* and *in forma pauperis* ("IFP").

By Order (ECF No. 40) entered on September 29, 2021, the Motion to Compel (ECF No. 34) filed by Separate Defendants, Chief John Bailey, Officer Rangel, and Officer Mojica ("the Green Forest Defendants"), was granted. Routledge was given until 5:00 p.m. on October 12, 2021, to provide his response to Interrogatory Number 4 propounded to him by the Green Forest Defendants. The Green Forest Defendants were advised that if they did not receive Routledge's response, they should notify the Court by filing a motion to dismiss.

On October 13, 2021, the Green Forest Defendants filed a Motion to Dismiss (ECF No. 41). They ask that the case be dismissed for failure to prosecute and failure to obey an order of the Court. They request dismissal pursuant to Rules 37(b)(2)(A)(v) and 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas. That same day, an Order (ECF No. 43) was entered directing Routledge to respond to the Motion to Dismiss by November 3, 2021.

To date, Routledge has not complied with the Court's Order compelling him to provide the Green Forest Defendants with a response to Interrogatory Number 4, and he has not responded to the Motion to Dismiss. No mail has been returned as undeliverable.

Rule 37(b)(2)(A) provides the Court with available sanctions for failure to comply with a discovery order. Rule 37(b)(2)(A)(v) specifically provides that the Court may dismiss the case in whole or in part. Rule 41(b) provides the Court with broader power to dismiss an action for failure to prosecute or "the . . . failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

## II.    CONCLUSION

For these reasons, it is recommended that **this case be DISMISSED WITHOUT PREJUDICE** pursuant to Rules 37(b)(2)(A)(v) and Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of November 2021.

/s/ Mark E. Ford

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE