IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JIMMIE DAVID ROUTLEDGE**                                                                              **PLAINTIFF**

**V.**                           **CASE NO. 3:20-CV-03063**

**DEPUTY KRISTOPHER WORRALL,**
Carroll County Sheriff's Department;
**CHIEF JOHN BAILEY,**
City of Green Forest Police Department;
**SHERIFF JIM ROSS,**
Carroll County, Arkansas;
**OFFICER JOSHUA RANGEL,**
Green Forest Police Department; and
**OFFICER TANEIA MOJICA,**
Green Forest Police Department                                                                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 46) filed in this case on November 19, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 8th day of December, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE